# MEMORANDA

OF

# CASES NOT REPORTED IN FULL.

EBENEZER A. SMITH, Appellant, v. GEORGE W.
STEPHENS, Respondent.

*What exception is sufficient where a motion is made to dismiss the complaint.*

Appeal from a judgment dismissing the complaint, entered by direction of the court at the New York Circuit.

The court at General Term, in addition to considering the merits of this matter, said : " The complaint was dismissed. No exception was taken to that disposition, but the plaintiff asked for liberty to go to the jury upon the question at issue, which was refused, and exception duly taken. This request, it should be noted, was made after the motion to dismiss and before any decision was made, or the defendant had been heard in his defense. The Court of Appeals have held that when the complaint is dismissed on the whole case, it is· not necessary to ask to go to the jury, for exception then taken presents the case for review. (*Train* v. *Holland Ins. Co.*, 62 N. Y., 598.) They did not decide the converse of that question, which is substantially the point made upon that case. It is not necessary to consider the question, however, as the merits will be considered. Nevertheless, it may be said that when the motion to dismiss the complaint and the plaintiff's motion for leave to go to the jury are substantially simultaneous, the exception taken to a denial of the latter is sufficient to secure the right of appeal. It is as suggested by the learned counsel for the plaintiff, the equivalent to an exception to the granting of the motion to dismiss.

*Samuel Cohn* and *Samuel J. Crooks*, for the appellant.

*John B. Mayo*, for the respondent.

Opinion by Brady, J., Van Brunt, P. J., and Daniels, J., concurred.

Judgment affirmed, with costs.